-5,483-21

Meria James Bradley
#1837524 - 18K 32
Allan B. Polunsky
387 FM 350 South

Oct 8, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 16 2015

Abel Acosta, Clerk

RE; WR-5,483-21
Cause no 1328927-C

Dear Clerk

If you have the time Could you Let me know if it is A Ruling on the Writ of Mandamus I received this notice on June 1- 2015

I Also thank you all for your Time and Help with this matter

Thank you,

Meria James Bradley